RECEIVED

DEC 16 2010

AT 8:30____
WILLIAM T. WALSH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| SCHMULIK COHEN | : | Case No. DNJX209MJ361901 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Two hundred thousand dollars ($200,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 16th day of December, 2010

**ORDERED** that the sum of Two hundred thousand dollars ($200,000.00) so deposited as aforesaid be returned to Nariman Cohen, 2282 East 4th Brooklyn, NY 11223 the surety of said recognizance.

_____
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT